UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED IN OPEN COURT
ON __9-1-18__ BG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

NO. 5:18-CR-293-1BO(3)

IN RE: )
)
) MOTION TO SEAL
TWO-COUNT ) INDICTMENT
INDICTMENT PRESENTED ON )
JULY 31, 2018 )

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests that the Indictment named on the previously attached Grand Jury Agenda be sealed so that the defendant therein named can be apprehended, and states as follows:

If the name of the defendant were to be made public prior to arrest, the chances of apprehending the defendant or apprehending the defendant without threat of violence or public commotion would be significantly reduced.

WHEREFORE, the United States of America respectfully prays for the sealing of the above-referenced Indictment, except that copies may be provided to the United States Attorney, Homeland Security Investigations, and the United States Probation Office.

It is further requested that the Indictment remain sealed until the defendant is apprehended, or until such time as the United States Attorney moves to unseal the Indictment, whichever event occurs first.

Respectfully submitted, this 31st day of July 2018.

ROBERT J. HIGDON, JR.
United States Attorney


SEBASTIAN KIELMANOVICH
Assistant U.S. Attorney
Criminal Division