AO 442 (Rev. 12/85) Warrant for Arrest



# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.

JOSE CRUZ SOLANO-RODRIGUEZ

RECEIVED AUG 02 2018 U.S. Marshals Service, EDNC

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 5:18-CR-293-BO

To: The United States Marshal and any Authorized United States Officer YOU ARE HEREBY COMMANDED to arrest

**JOSE CRUZ SOLANO-RODRIGUEZ** and he/she shall be brought before the nearest Magistrate/Judge to answer an

   **X** SEALED Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 1015(f): False statement and claim of Unite States Citizenship in order to register to vote

Count 2 - 18 U.S.C. § 611(a): Voting by an alien

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy

Recommended Bond: DETENTION

Clerk of Court
Title of Issuing Officer

August 1, 2018 - WILMINGTON, NORTH CAROLINA
Date and Location    **FILED**

AUG 2 3 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at Raleigh, NC | | |
| DATE RECEIVED 08/2/18 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST 08/22/18 | HSI | |